IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF<br><br>NAHOMY L BAEZ MARTINEZ<br>Debtor | CASE NO: 16-00225 (**MCF**) |
| FIRSTBANK PUERTO RICO<br>Movant | CHAPTER 13 |

### WITHDRAWAL OF AN OBJECTION TO THE CONFIRMATION

TO THE HONORABLE COURT:

Come now **FIRSTBANK PUERTO RICO**, through its undersigned Counsel and respectfully alleges and prays:

**I. INTRODUCTION.**

1. This was a proceeding brought by Movant objecting the confirmation of the case at bar: - under the plan dated January 15, 2016, due to none compliance with the provision of the Code: 11 USC §1325 (a) (5) (B) (iii) (I) and (II) on equal monthly payments after confirmation.

**II. JURISDICTION.**

2. This Honorable Court have jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408.

**II. FACTS.**

3. On March 1, 2016 Movant filed an objection to the plan dated January 15, 2016. *Bkcy Dck no 2 and 10*

4. The amended plan dated June 6, 2016 took care of the objection to confirmation; by providing for Trustee to pay FirstBank concurrently with attorney's fees in a 50%/50% basis. *Bkcy Dck no 14*

5. For the reasons stated here-in-before Movant moves to withdraw its objection the confirmation of plan dated June 6, 2016. *Bkcy Dck no 14*

**IV. PLEA.**

WHEREFORE, the undersigned attorney requests to be allowed to withdraw the motion to the objection of the prior plan, and does not opposed the plan dated June 6, 2016. *Bkcy Dck no 14*

## Certificate of Service

I hereby certify, that on this the same date a true and correct copy was sent by the CM/ECF Bankruptcy Court System at the authorized address on the docket: - Atty. Alejandro Oliveras Rivera, chapter 13 Trustee// Atty. José Carrión Morales, chapter 13 Trustee; to the attorney for the Debtors ROBERTO FIGUEROA CARRASQUILLO; to the list of creditors, and by first class to the Debtor(s) at the address on record, NAHOMY L BAEZ MARTINEZ, at PO BOX 7013, CAGUAS, PUERTO RICO 00726.

In San Juan, Puerto Rico, the 8th of June, 2016

BY: //s//María M. Benabe Rivera
**MARIA M. BENABE-RIVERA**
Attorney for Plaintiff - US - DC 208906
1519 Ponce De León Ave., Second Floor
P.O. Box 9146, Santurce, P.R. 00908-0146
Tel. (787) 729-8135/Fax (787) 729-8276

[Rev. 2/23/2010]