IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NAHOMY LIZ BAEZ MARTINEZ

DEBTOR(S)

CASE NO. 16-00225-MCF

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 02/16/2016. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: 0.00

3. With respect to the attached payment plan:

PLAN DATE: June 06, 2016     PLAN BASE: $15,024.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 6/8/2016

[ ] FAVORABLE         [X] UNFAVORABLE

1. [X] INSUFFICIENTLY FUNDED § 1325(b):

   Plan is insufficiently funded to pay insurance and secured creditors.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$107.00/$2,893.00

Atty: ROBERTO FIGUEROA

/s/ Pedro R Medina
Pedro R Medina
USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - GB